IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01371-TPO

LEONITE FUND I, LP,

    Plaintiff,

v.

HAWAII BREWERY DEVELOPMENT CO., INC.,
WAIAKEA BOTTLING INC.,
WAIAKEA INC., and
MARCUS I BENDER,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 10, 2025.**

    The above captioned case has been directly assigned to Magistrate Judge O'Hara pursuant to D.C.COLO.LCivR 40.1. The Court previously set a deadline for the Parties to complete and file the Magistrate Judge Consent Form [ECF 5] by July 1, 2025. The deadline has now lapsed. The Court also notes that Defendants Waiakea Inc.'s and Waiakea Bottling Inc.'s responses were due by June 6, 2025. *See* ECFs 10 &11. No summonses have been returned for either Defendants Hawaii Brewery Development Co., Inc. or Defendant Marcus I. Bender. No Defendants have yet appeared in this matter.

    Pursuant to Fed. R. Civ. P. 4(m), the deadline to complete service is July 30, 2025. **On or before July 31, 2025,** Plaintiff shall file a Status Report addressing the matter of service and providing any information known to Plaintiff regarding the Defendants' lack of appearances in this matter.

    The Parties shall complete and file the Magistrate Consent Form [ECF 5] **on or before September 22, 2025.** The Scheduling Conference set for July 15, 2025, at 2:30 p.m. is **vacated**. The Fed. R. Civ. P. 16(b) Scheduling Conference is **reset** to **October 6, 2025, at 11:30 a.m**. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This will be an **in-person** proceeding.

    The Parties shall meet in accordance with Fed. R. Civ. P. 26(f) as soon as practicable. Because Defendants have not yet appeared in this matter, Plaintiff shall provide notice to Defendants of the Scheduling Conference and the Parties' related obligations.

The Parties shall jointly prepare a Proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov. *See also* Instructions for Preparation of Scheduling Order (preceding the Scheduling Order template form) and Section IV of the Uniform Civil Practice Standards of the United States Magistrate Judges D.C.COLO.MJ (providing instructions regarding the Rule 26(f) conference, the deadline for exchanging Rule 26(a)(1) Initial Disclosures, and the preparation of the proposed Scheduling Order).

This Court reminds the Parties of the option to begin discovery before the Scheduling Conference, as permitted by Fed. R. Civ. P. 26(d).

**No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) **jointly email a Word copy of the proposed Scheduling Order, copying all Parties, to Chambers at *o'hara_chambers@cod.uscourts.gov*.**

Should a discovery dispute arise, the Parties shall follow the procedure set out at D.C.COLO.MJ § VI. Rather than file a motion, the Parties first shall meaningfully confer on the matter. If the Parties are unable to resolve the dispute on their own, the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The Court will issue an order to schedule the Discovery Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file a motion. As permitted by D.C.COLO.MJ § VI, a motion may be filed without the prerequisite discovery conference for matters concerning third parties.