**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:25-CV-01371-TPO**

LEONITE FUND I, L.P.,
a Delaware Limited Partnership

    *Plaintiff,*

v.

HAWAII BREWERY DEVELOPMENT CO. INC., WAIAKEA BOTTLING INC., WAIAKEA INC., and MARCUS I. BENDER

    *Defendants.*

---

**AFFIDAVIT OF RYAN EMMONS**

---

I, Ryan Emmons, do hereby swear and affirm, that I am over the age of (18) eighteen, and am competent to testify on the matters set forth below. I have reviewed the Complaint filed by Plaintiff Leonite Fund, I, L.P. ("Plaintiff") in civil case no. 25CV1371 in the United States District Court for the District of Colorado (the "Lawsuit"), and I attest to the following facts.

1. I am Chief Executive Officer of Defendants Waiakea Bottling Inc. and Waiakea Inc. (herein collectively referred to as "Defendants").

2. As Chief Executive Officer of Defendants, I have personal knowledge of all of Defendants' business activities and operations.

3. At no time prior to any of the alleged conduct by Defendants as alleged by Plaintiff in relation to this Lawsuit were Defendants aware of the "underlying receivership action" referenced in Plaintiff's Complaint.

4. Defendants do not conduct business in Colorado.

5. Defendants have no presence, no office, and no agents in Colorado.

6. Defendants conduct no direct sales to consumers in Colorado.

7. Defendants conduct no marketing in Colorado.

8. Defendants' employees, officers, and managers do not travel to Colorado for any business purpose.

9. Aside from counsel retained for this Lawsuit, Defendants have no business communication with Colorado residents or entities.

I, Ryan Emmons, make these statements under the penalty of perjury.

FURTHER AFFIANT SAYETH NAUGHT

Signed by:
*Ryan Emmons*
E0B5FC129CB7444...
RYAN EMMONS, CEO
*Waiakea Bottling Inc. and*
*Waiakea Inc.*