# EXHIBIT A

LOHF SHAIMAN JACOBS PC
ATTORNEYS AT LAW

950 SOUTH CHERRY STREET, SUITE 300
DENVER, COLORADO 80246-2666
TELEPHONE 303.753.9000
athompson@lohfshaiman.com

August 7, 2025

**Via email at** oliver.griffin@griffinlawllp.com; anzhelika@griffinpartners.us.

Oliver D. Griffin, Esq.
Anzhelika Kaminsky, Esq.
Griffin Partners, LLP
123 S. Broad Street, Suite 1850
Philadelphia, PA  19109

Re:  *Leonite Fund I, LP v. Hawaii Brewery Development Co., Inc., et al.*
U.S. D. Ct. Colorado, Civil Action No. 1:25-cv-01371-REB
Our File No. 6866.00

Dear Oliver and Anzhelika:

Based on the Status Report in the above referenced matter, a copy of which we received late yesterday, Leonite Fund I, LP ("Leonite") claims that it obtained service of process on Hawaii Brewery Development Co., Inc. ("HBDC").  Review of the return of service reveals that process was served on an individual named Chanel Fontez at the offices of Waiakea Bottling, Inc. ("Waiakea"), 447 Kalanianaole St., Hilo, HI.

Please be advised that HBDC has no connection with Ms. Fontez or the Hilo address indicated in the return of service.  The Hilo address is a Waiakea facility, and as shown on Waiakea's website, Ms. Fontez is a Waiakea bottling plant line worker.  In any case, she is a stranger to HBDC.  The assertions made in the Return of Service and Leonite's Status Report, that Ms. Fontez is "authorized by law" to receive process on behalf of HBDC, are false.

Please be advised that should Leonite proceed to apply for default or otherwise move against HBDC based on this alleged service of process, the invalidity of which it now has notice, HBDC will seek dismissal and sanctions.

Very truly yours,

LOHF SHAIMAN JACOBS PC

*/s/ Alan S. Thompson*

Alan S. Thompson
AST:tsa
CC Client