# EXHIBIT B



# Investigation Report

| Client | GRIFFIN PARTNERS LLP | | |
|---|---|---|---|
| Reference # | 3039-19 | | |
| Subject | Service of Process on Hawaii Brewery Development Co Inc | | |
| Date Complaint Received | 8/9/2025 | Date Complaint Closed | 08/20/2025 |

## Issue/Complaint

Counsel for Hawaii Brewery Development Co Inc says that Chanel Fontez, has no connection with them. ABC will review and perform an investigation.

## Service Details

ABC's business records document the following:

On 7/25/2025 at 1:43 PM, process server Jicelynn Vinson Gourd reported to have performed personal service on Defendant Hawaii Brewery Development Co Inc at the address of Hawaii BREWERY DEVELOPMENT CO. INC., WAIAKEA BOTTLING INC, 447 Kalanianaole St, Hilo, HI 96720 and provided the following description: *"I delivered the documents to Chanel Fontez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired female contact 5'4"-5'6" tall and weighing 140-160 lbs."*

Prior to the above service, the process server reported the following service attempts:

- 7/14/2025 4:14 PM Attempt: I spoke with an individual who identified themselves as the security and they stated subject resides but not available at this time.
- 7/25/2025 1:42 PM Attempt: I collected a Signature.



The process server submitted the details for the service event on 7/25/2025 at 1:44 PM. At the time of the event submission, the GPS coordinates of 19.72601, -155.057975 were recorded by the process server's mobile device. These coordinates place the process server's device within 10 meters of the service address. GPS coordinates can be offset by cell signal, time of entry, and proximity to buildings. This distance is within the tolerances of expectation.

---

*Reference # 3039-19*  
*Report prepared by: Debra Alleyne-Reid*

ABC Legal Services  
1099 Stewart St, Suite 700, Seattle, WA 98101    Page 1



# Investigation Report

The process server submitted the following photo at the time of service:



## Process Server Statement

ABC's process server related to me, in essence, the following:

The process server stated that upon arriving at Hawaii Brewery Development Co, they entered the office and approached a woman seated at the front desk. They informed her that they needed to speak with the highest-ranking manager currently on site for Hawaii Brewery Development Co. Per the process server the woman went to the back of the office and returned with Ms. Fontez. The process server explained to Ms. Fontez that they had legal documents intended for the highest manager present. The process server stated Ms. Fontez responded that she was heading to the administrative building nearby, which was not located on the same property, and confirmed that she was authorized to receive and sign for the documents. After Ms. Fontez signed for the documents, the process server collected her information and then departed the property.

The process server stated that Ms. Fontez affirmatively confirmed she was authorized to accept the documents and sign on behalf of Hawaii Brewery Development Co Inc. She further stated that she would deliver the documents to the administration office, which was located in a separate building just down the block.



# Investigation Report

## Action Plan & Remediation

**No remediation necessary**

The process server has acknowledged understanding that the complained of conduct is not advisable and the process server has denied the allegations.

The process server strives at all times to conduct themself in a courteous, professional manner while fulfilling their job duties. On this occasion, the process server denies conducting themself in any manner inconsistent with these objectives.

**Action Plan**

Please advise ABC on the next steps you wish us to take in handling this matter.