AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-01371-REB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Marcus I. Bender**
was recieved by me on  **5/11/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **No contact** after attempting service at **2592 Makiki Heights Dr, Honolulu, HI 96822**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:   05/18/2025

*Server's signature*

**Christine Salvesen**
*Printed name and title*

**95-188 Kipapa Drive
71
Mililani, HI 96789**

*Server's address*

Additional information regarding attempted service, etc:

**5/11/2025 4:29 PM: I was unable to access the address due to private gate/fence although I waited.
5/12/2025 10:16 AM: I was unable to access the address due to private gate/fence although I waited.
5/13/2025 6:57 PM: I was unable to access the address due to private gate/fence although I waited.
5/15/2025 5:50 PM: I was unable to access the address due to private gate/fence although I waited.
5/18/2025 4:29 PM: I was unable to access the address due to private gate/fence although I waited.**



Tracking #: **0170053463**

