# EXHIBIT D



| | |
|---|---|
| **PHILADELPHIA OFFICE**<br>123 S. Broad Street, Suite 1850<br>Philadelphia, PA 19109 | **TORONTO OFFICE**<br>350 Bay Street, Suite 1300<br>Toronto, ON M5H 2S6 |

**OLIVER D. GRIFFIN**
oliver@griffinpartners.us
+1.267.499.3273 Direct
griffinpartners.us

**VIA FIRST CLASS MAIL ONLY SENT ON JUNE 10, 2025**

Stephen E. Kapnik (Colo. Bar # 7810)
Lohf Shaiman Jacobs PC
950 S. Cherry Street, Suite 300
Denver, Colorado 80246
Telephone (303) 753-9000
Email: skapnik@lohfshaiman.com

Re: Request for Waiver of Service Under Federal Rule of Civil Procedure 4(d) in *Leonite Fund I, L.P. v. Hawaii Brewery Development Co. Inc., Waiakea Bottling Inc., Waiakea Inc., Marcus I. Bender.,* Docket Number: 1:25-cv-01371-REB.

Dear Mr. Kapnik:

This request for waiver of service under Rule 4(d) of the Federal Rules of Civil Procedure is made on behalf of our client, Leonite Fund I, L.P., plaintiff in the above-referenced action pending in the United States District Court for the District of Colorado. Leonite has also filed a notice of related case identifying *Leonite Fund I, LP v. Hawaiian Springs, LLC, HSW Holdings Corporation & Hawaii Brewery Development Co., Inc*., Docket Number: 1:24-cv-00149-NYW-STV, filed on January 18, 2024, and assigned to Judge Nina Y. Wang. Your client, Hawaii Brewery Development Co., Inc., is an intervenor defendant in the related case.

We are requesting on behalf of Leonite Fund I, L.P. that your client, Hawaii Brewery Development Co., Inc. and its principal, Marcus I. Bender, waive formal service of process. Enclosed with this request are, for each defendant, a copy of the complaint and summons, two copies of the official waiver form, and a prepaid means for returning the executed form.

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. As a reminder Rule 4(d)(2)(A)-(B) provides: "[i]f a defendant located within the United States fails, ***without good cause***, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant: (A) the expenses later incurred in making service; and (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses." (emphasis added).

Defendants will have at least 30 days from the date of this request, June 10, 2025, to return the executed waivers.

                                                          Sincerely,

                                                          Oliver D. Griffin