# EXHIBIT E

| | |
|---|---|
| **From:** | noreply@abclegal.com |
| **To:** | Susan Blair |
| **Subject:** | Progress is Paused. Please Respond to Action Item for Reference # 3039-19 |
| **Date:** | Friday, July 25, 2025 1:40:44 PM |



Dear Customer,

There is an issue that needs your response.

Please review and respond to the action item.

**Resolve Issue**

**Title:** Leonite Fund I, L.P. v. HAWAII BREWERY DEVELOPMENT CO, INC; ET AL

**Reference ID:** 3039-19

**Case #:** 1:25-cv-01371-REB

**Service Probability:** 76%

**Respond by:** 08/24/2025

If you have any questions, feel free to send us a message.

We appreciate your business.

Thank you,
ABC Legal Team

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

Manage your **email notifications** from your profile settings.

🚩 **Review Investigation Result** 

Leonite Fund I, L.P. v HAWAII BREWERY DEVELOPMENT CO, INC, ET AL

**Ref. ID**: 3039-19

**Category**: Summons and Complaint

**Respond By**: 08/24/25

**Case #**: 1:25-cv-01371-REB

**Submitted**: 05/09/25

**Service Probability**: 76%

## DETAILS

Investigation for **Marcus I. Bender** is complete.

**Located Address**: 2592 Makiki Heights Dr Honolulu HI 96822

**Investigation Findings**:
a. The above address appears on an SSN trace for the Defendant between 08/31/1990 and 07/16/2025.
b. Honolulu County Assessor records list the defendant as the current owner of the real property located at 2592 Makiki Heights Dr, Honolulu, HI 96822-2548. The defendant claims the homestead exemption at this address.