# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LEONITE FUND I, L.P., ) | |
| Plaintiff ) | |
| v. ) | Civil No. 1:25-CV-01371-NYW-STV |
| HAWAII BREWERY DEVELOPMENT ) | |
| CO. INC., WAIAKEA BOTTLING INC.., ) | |
| WAIAKEA INC., MARCUS I. BENDER, ) | |
| Defendants ) | |
| _____ ) | |

### AFFIDAVIT OF CHRISTINE SALVESEN

I, Christine Salvesen, hereby state as follows:

1. I am over eighteen (18) years of age, of sound mind, and otherwise competent to make this Affidavit. The facts set forth herein are based on my personal knowledge.

2. I am a professional process server, with an address at 95-188 Kipapa Drive, Unit 71, Mililani, Hawaii 96789.

3. On or about May 11, 2025, I was retained by ABC Legal ("ABC") to effect service of original process in the above-captioned action on the individual, Marcus I. Bender ("Bender"), located in Hawaii.

4. I made service attempts on five separate occasions at Bender's residence located at 2592 Makiki Heights Drive, Honolulu, Hawaii 96822.

5. The first attempt was made on May 11, 2025, at 4:29 p.m.

6. The second attempt was made on May 12, 2025, at 10:16 a.m.

7. The third attempt was made on May 13, 2025, at 6:57 p.m.

8. The fourth attempt was made on May 15, 2025, at 5:50 p.m.

9. The fifth attempt was made on May 18, 2025, at 4:29 p.m.

10. Each attempt proved unsuccessful because I was unable to access the residence due to a private gate.

11. On each attempt, I waited for someone to appear, but no one did.

I state under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

By: *[signature]*
Christine Salvesen