# EXHIBIT G

**From:** Ryan K. Markham <rmarkham@springersteinberg.com>
**Sent:** Friday, August 22, 2025 2:10 PM
**To:** Anzhelika Kaminsky <anzhelika@griffinpartners.us>
**Cc:** Joel Richardson <jrichardson@springersteinberg.com>
**Subject:** RE: Leonite/Waiaka 1:25-CV-01371-TPO - good faith conferral Leonite's motion for alternative service

Ms. Kaminsky,

No objection

Thanks,

**Ryan K. Markham| Senior Attorney**
**Springer & Steinberg, P.C.**
1400 S. Colorado Blvd., Suite 500 | Denver, CO 80222
Direct: 303.327.5970| Main: 303.861.2800 | Fax: 303.832.7116
rmarkham@springersteinberg.com | www.springersteinberg.com

1

**From:** Anzhelika Kaminsky <anzhelika@griffinpartners.us>
**Sent:** Friday, August 22, 2025 11:59 AM
**To:** Ryan K. Markham <rmarkham@springersteinberg.com>
**Cc:** Joel Richardson <jrichardson@springersteinberg.com>
**Subject:** RE: Leonite/Waiaka 1:25-CV-01371-TPO - good faith conferral Leonite's motion for alternative service

Hi Mr. Markham,
Following up. Thank you.

**ANZHELIKA KAMINSKY |** ATTORNEY
anzhelika@griffinpartners.us
+1.267.422.4566 Direct
+1.215.809.4885 Cell
griffinpartners.us

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

**From:** Anzhelika Kaminsky
**Sent:** Thursday, August 21, 2025 9:56 AM
**To:** Ryan K. Markham <rmarkham@springersteinberg.com>
**Cc:** Joel Richardson <jrichardson@springersteinberg.com>
**Subject:** Leonite/Waiaka 1:25-CV-01371-TPO - good faith conferral Leonite's motion for alternative service

Hi Mr.Markham,
Leonite intends to file a motion for alternative service to affect service on Defendant Bender. Please let me know if you intend to oppose it, and whether this motion may be marked as unopposed.
Thank you.

**ANZHELIKA KAMINSKY |** ATTORNEY
anzhelika@griffinpartners.us
+1.267.422.4566 Direct
+1.215.809.4885 Cell
griffinpartners.us

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

_____
Notice: This communication from Springer & Steinberg, P.C., including attachments, may contain

information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail or by telephone at 303-861-2800 or toll-free at 877-473-6004 and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. In addition, Springer & Steinberg, P.C. does not consent to receiving-counsel 'replying all' on any communication where our clients are copied.