# EXHIBIT H

**From:** Anzhelika Kaminsky <anzhelika@griffinpartners.us>
**Sent:** Friday, August 22, 2025 9:31 AM
**To:** Stephen Kapnik <skapnik@lohfshaiman.com>
**Subject:** Re: Leonite/Waiaka et al. 1:25-CV-01371-TPO - good faith conferral Leonite's motion for alternative service

Thank you for letting me know.

**ANZHELIKA KAMINSKY |** ATTORNEY

anzhelika@griffinpartners.us
+1.267.422.4566 Direct
+1.215.809.4885 Cell
griffinpartners.us

1

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by email and delete the original message.

**From:** Stephen Kapnik <skapnik@lohfshaiman.com>
**Sent:** Thursday, August 21, 2025 7:22 PM
**To:** Anzhelika Kaminsky <anzhelika@griffinpartners.us>
**Subject:** RE: Leonite/Waiaka et al. 1:25-CV-01371-TPO - good faith conferral Leonite's motion for alternative service

Hi Ms. Kaminsky,

You may report to the Court that the motion is *not* unopposed.

Thank you.


Stephen E. Kapnik
Of Counsel
Lohf Shaiman Jacobs PC
950 South Cherry Street, Suite 300
Denver, Colorado  80246-2666
Telephone:  303-753-9000
Cell:  303-489-9740
Facsimile:  303-753-9997

CONFIDENTIAL NOTICE:  The information contained in this message and any attached files may be confidential and/or protected by the attorney-client privilege.  If you receive this message in error, please immediately reply to the sender and delete the message and its attachments.

We will not take any action on your behalf without entry into an appropriate fee agreement.

Please visit our website at www.lohfshaiman.com


**From:** Anzhelika Kaminsky <anzhelika@griffinpartners.us>
**Sent:** Thursday, August 21, 2025 7:59 AM
**To:** Stephen Kapnik <skapnik@lohfshaiman.com>
**Subject:** Leonite/Waiaka et al. 1:25-CV-01371-TPO - good faith conferral Leonite's motion for alternative service

Hi Mr.Kapnik,
Leonite intends to file a motion for alternative service to affect service on Defendant Bender. Please let me know if you intend to oppose it, and whether this motion may be marked as unopposed.
Thank you.

**ANZHELIKA KAMINSKY |** ATTORNEY
anzhelika@griffinpartners.us
+1.267.422.4566 Direct
+1.215.809.4885 Cell
griffinpartners.us



DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by email and delete the original message.

3